# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 24, 2019

## LETTER ORDER

**Re:   Lee v. Yamato Sushi, et al.**
  Civil Action No. 17-4322 (FLW)

Dear Counsel,

The Court has received and approves of the following deposition schedule in this matter:

- **April 30, 2019**:  10 am to 5:30 pm: deposition of plaintiff, Laifung Lee, at plaintiff's counsel's office.
- **May 2, 2019**:  10 am to 1:00 pm: deposition of plaintiff, Laifung Lee, at plaintiff's counsel's office.
- **June 3, 2019**:  10 am to 5:30 pm: deposition of defendant, Sean Liu, at defendants' counsel's office.
- **June 4, 2019**:  10 am to 1:00 pm: deposition of defendant, Sean Liu, at defendants' counsel's office.
- **June 5, 2019:**   10 am to 5:30 pm:  depositions of defendants Jeff Zhang and Bryan Lin at defendants' counsel's office.

(*See* Parties' 4/24/2019 email correspondence).

The parties are to submit a status update regarding additional discovery needed by **June 12, 2019**. A fact discovery end date will thereafter be set.

  **IT IS SO ORDERED.**

                 s/ Tonianne J. Bongiovanni
          **TONIANNE J. BONGIOVANNI**
          **United States Magistrate Judge**